# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1345
_____

A.C., Mother of N.J.C. and
L.H.M.C., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
R. Todd Harris, Judge.

February 2, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jennifer Cogdill, Fleming Island, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sarah E. Goldfarb, Statewide Direct of Appeals and Amanda Glass, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.